No. 400. LINEN THREAD CO., LTD. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 26, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Prew Savoy* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis*

674

*Monarch,* and *L. W. Post* for respondent.

